RECEIVED

DEC - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

1:16-cv-1685

December 1, 2016

United States District Court

Western Division

FRANK L. McCALL, SR.

- V -   NO: _____

Minden Medical Center
#1 Medical Plaza
Minden, Louisiana 71055
- And -

Doctor Fady Cordova
Family Medical Doctor

- Claim for Damages -

Now into Court Comes, Frank L.-

McCall, Sr., in his prose Capacity to-

wit:

- 1 -

- 2 -

In Pursuat of the United States-
Constitution and 28 U.S.C. § 2675.

- 3 -

Plaintiff resides in Shreveport -
Louisiana at 725 West 70th Street -
Shreveport, Louisiana. 71106

-4-

Plaintiff is a disable Veteran of the
United States Army.

- 5 -

Plaintiff is married to Peggy Ann
McCall. 714 Central St. Apt. 19-A Shreveport, La.
71106.

2-

- 4 -

On or About 9/13/2014 my wife Peggy Ann McCall, was Admitted from Dr. Cordova's office through the admitting department of Minden Medical Center

Dr. Cordova, failed to make sure that my wife had all her fluids and medication on 9/13/2014 upon Admittance through the nite. My wife went all night without any fluids in her body nor her Medication caused her irreversible Emotional -

damages. Now my wife is on Oxygen
Tank 24 hrs... because of this Malpractice
Treatment by Dr. Fedy Condoux and
Minden Medical Staff members at
admittance.

Minden Medical Center failed to put
in place patient Armband for the -
Scanning of taking any medication
at Admittance. Minden Medical -
Center has reassured that a armband
was in place on 9/13/2016 is not correct
And no medication was given to my
wife as the physician Ordered is also

-4-

in correct; According to Chief Nursing officer Donna Carter RN, MSN on or about September 17, 2016.. is also in-correct, Correspondence to me. (Ex "A")

7.

## WITNESSES

Minden Medical Center cameras will Show that ER personnel did fail to print an armband on my wife during the Admission process and the camera's in Room 204; will provide evidence when the nurse placed the Armband on my Wife with me Standing their and getting the nurse to sign her name

- 5 -

on my grievance procedure and "I.D. No.
526485 on the placed Armband on -
9/14/2016 .

- 8 -

Plaintiff Avers that this incident has
caused his wife to be on 24 hrs. Oxygen
Tank and A Hospital Bill Plaintiff
seeks $10,000 Ten thousand Dollars, in
damages, from both defendants.

By: FRANK L. McCall
725 West 70th St.
Shreveport, La.
71106
318-478-0582 Cell-phone

CC: FLM

- 6 -

Certificate

I Certify that the amount of
Claim covers only Damages and injuries
caused by the incident above and
Agree To Accept said Amount, in full
Satisfaction and Final Settlement of
this Claim (See: 31 U.S.C. 3729 And 18
U.S.C. § 287, 1001.

By: Frank L. McCollister
755 West 70½ St.
Shreveport, La. 71106
318-478-0582

cc: FLM

7.

Please Serve:

Frank L. McCall, Jr.
735 West 70th St.
Shreveport, La. 71106

Minden Medical Center
#1 Medical Plaza
Minden, La. 71055

Dr. Freddy Cordova
#1 Medical Plaza
Minden, La. 71055

CC: FLM
December 1, 2016

- 8 -

RECEIVED

DEC - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY SHREVEPORT, LOUISIANA

1:16-cv-1685

Dec. 1. 2016

Clerk of Court
Western District Federal Building
Shreveport, Louisiana
71101

NO: _____

IN RE: TORT Claim


Dear clerk:

What would be the Cost for me
filing this TORT Claim into your Court
records for A Hearing? Thank you!

Cordially

Frank L. McCall

By: FRANK L. McCall Jr.
425 WEST 70 ℓℓ St.
Shreveport, La. 71106
318-478-0582