UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANK L. MCCALL, JR.<br>**SANCTIONED/BARRED** | CIVIL ACTION NO. 1:16-CV-1685 |
| VERSUS | JUDGE DRELL |
| MINDEN MEDICAL CENTER, ET AL. | MAGISTRATE JUDGE<br>PEREZ-MONTES |

### CLERK'S O R D E R

The Clerk having determined that the required advance permission to file has not been obtained as required by this Court, this suit is DISMISSED. (See Order, Document #2, 15-cv-065 and 15-0088.) All motions are DENIED.

THUS DONE, December 9, 2016.

TONY R. MOORE, CLERK OF COURT

BY: _____
PAMELA P. MITCHELL
STAFF ATTORNEY