

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101
318-676-4273
www.lawd.uscourts.gov

Dear Sir or Madam:

We have your recently submitted request which was received on **December 28, 2016**. However, our office is unable to provide the information that you seek for the reason(s) indicated below:

☒ The court charges for copy work requests. Even if you are granted *in forma pauperis* status, you must pay for your copies ($0.50 per page) in advance, or there must be an order signed by a judge directing us to provide copies to you at no cost. The total cost for your copy request is **$5.00 (Doc 1 Complaint (10 pages))**. Please either:

1. return your request and payment to us and we will provide the copies to you, or
2. you may make your payment **online** by going to www.lawd.uscourts.gov/fees and clicking on the "Photocopying" hyperlink. You will then be taken to a secure online payment form. Once you complete the online form and payment is confirmed, we will provide the copies to you.

☐ Pursuant to 28 U.S.C. § 955, the Clerk of Court and his deputies shall not practice law. Therefore, we cannot advise you on your specific request.

☐ Our court does not have the information that you have requested. This may be a Louisiana State Court issue or an issue handled by another government entity. Please direct your request to the proper court or government entity.

☐ This document is illegible and or damaged. Please resubmit your request.

☐ Other: **Click here to enter text.**

We are returning a copy of your request with this correspondence for your future reference.

TONY R. MOORE
CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA